# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| | | |
|---|---|---|
| Case No.: | 17-64242-SMS | Trustee Name: (300320) S. Gregory Hays |
| Case Name: | MCGAHEE, NANCY CAROL | Date Filed (f) or Converted (c): 08/14/2017 (f) |
| | | § 341(a) Meeting Date: 09/19/2017 |
| For Period Ending: | 06/30/2019 | Claims Bar Date: 05/14/2018 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 9025 Green Valley Court, Douglasville, GA 30134-0000, Douglas County | 120,000.00 | 14,242.00 | | 0.00 | 155,000.00 |
| 2 | 2009 Buick LaCross, 26000 miles<br>Notice of abandonment filed on 2/12/18, Dkt # 15. | 4,000.00 | 0.00 | OA | 0.00 | FA |
| 3 | Furniture Clothing and Householdgoods | 1,500.00 | 0.00 | | 0.00 | FA |
| 4 | Clothing | 300.00 | 0.00 | | 0.00 | FA |
| 5 | Jewelry | 200.00 | 200.00 | | 0.00 | FA |
| 6 | Deposits of money: Hamilton checking | 300.00 | 0.00 | | 0.00 | FA |
| 7 | 48 shares Allstate stock<br>Shares appear to have split for a total of 96 shares. | 4,224.00 | 9,000.00 | | 0.00 | 9,000.00 |
| 8 | 80 shares Dean Witter Discover stock | 3,717.00 | 3,717.00 | | 0.00 | 3,717.00 |
| 9 | Interest in Ins. policies: Voya | Unknown | 0.00 | | 0.00 | FA |
| 10 | Tort claim premises liability claim agaitnt Lane Bryant Hurt at store. | Unknown | 0.00 | | 0.00 | FA |
| 10 | Assets Totals (Excluding unknown values) | $134,241.00 | $27,159.00 | | $0.00 | $167,717.00 |

**Major Activities Affecting Case Closing:**

Trustee is in discussions with Debtor regarding liquidation of Allstate and Morgan Stanley shares and resolution of equity in real property.

| | |
|---|---|
| **Initial Projected Date Of Final Report (TFR):** 12/31/2019 | **Current Projected Date Of Final Report (TFR):** 12/31/2019 |

| | |
|---|---|
| 07/29/2019 | /s/S. Gregory Hays |
| Date | S. Gregory Hays |