# Form 1
# Individual Estate Property Record and Report
# Asset Cases

Page: 1

**Case No.:** 17-64242-SMS  
**Case Name:** MCGAHEE, NANCY CAROL  
**For Period Ending:** 06/30/2020

**Trustee Name:** (300320) S. Gregory Hays  
**Date Filed (f) or Converted (c):** 08/14/2017 (f)  
**§ 341(a) Meeting Date:** 09/19/2017  
**Claims Bar Date:** 05/14/2018

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 9025 Green Valley Court, Douglasville, GA 30134-0000, Douglas County | 120,000.00 | 14,242.00 | | 0.00 | 155,000.00 |
| 2 | 2009 Buick LaCross, 26000 miles<br>Notice of abandonment filed on 2/12/18, Dkt # 15. | 4,000.00 | 0.00 | OA | 0.00 | FA |
| 3 | Furniture Clothing and Householdgoods | 1,500.00 | 0.00 | | 0.00 | FA |
| 4 | Clothing | 300.00 | 0.00 | | 0.00 | FA |
| 5 | Jewelry | 200.00 | 200.00 | | 0.00 | FA |
| 6 | Deposits of money: Hamilton checking | 300.00 | 0.00 | | 0.00 | FA |
| 7 | 48 shares Allstate stock<br>Shares appear to have split for a total of 96 shares. | 4,224.00 | 9,000.00 | | 0.00 | 9,000.00 |
| 8 | 80 shares Dean Witter Discover stock | 3,717.00 | 3,717.00 | | 0.00 | 3,717.00 |
| 9 | Interest in Ins. policies: Voya | Unknown | 0.00 | | 0.00 | FA |
| 10 | Tort claim premises liability claim againt Lane Bryant Hurt at store. | Unknown | 0.00 | | 0.00 | FA |
| 10 | Assets     Totals     (Excluding unknown values) | **$134,241.00** | **$27,159.00** | | **$0.00** | **$167,717.00** |

**Major Activities Affecting Case Closing:**

Trustee is in discussions with Debtor regarding liquidation of Allstate and Morgan Stanley shares and resolution of equity in real property.

The Debtor is no longer responding to her attorney. The Trustee intends to file a motion to compel cooperation.

**Initial Projected Date Of Final Report (TFR):** 12/31/2019    **Current Projected Date Of Final Report (TFR):** 06/30/2021

07/30/2020  
Date

/s/S. Gregory Hays  
S. Gregory Hays